# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____  
jbarton@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/13/2020

October 12, 2020

**MEMO ENDORSED**

**Via ECF and Fax**  
Hon. Laura Taylor Swain  
United States District Court  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re:   20-cv-05331-LTS-KHP Davalo et al v. La Casa Bonita Corp.

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write to respectfully request the initial conference scheduled for October 20, 2020 be adjourned sine die. This is the first request of its kind.

Defendants have neither answered nor appeared, and are in default. Plaintiff will be requesting certificates of default against Defendants shortly, and will move for a default judgment against Defendants within the next thirty days.

Thank you for your attention.

Respectfully Submitted,

/s/Jesse Barton  
Jesse Barton  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

---

**The Initial Case Management Conference before Judge Katharine H. Parker scheduled for October 20, 2020 is hereby adjourned sine die. Counsel is reminded that Judge Parker has been referred this case for General Pretrial duties (including scheduling, discovery, non-dispositive pretrial motions, and settlement). Default Motion is to be filed by October 30, 2020.**

SO ORDERED:

*Katharine H. Parker*  
HON. KATHARINE H. PARKER  
UNITED STATES MAGISTRATE JUDGE

10/13/2020

---

*Certified as a minority-owned business in the State of New York*