# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | | |
|---|---|---|
| 60 East 42nd Street, Suite 4510<br>New York, New York 10165<br><br>jbarton@faillacelaw.com |  | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620<br><br>October 27, 2020 |

**Via ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Plaintiff's deadline to file their motion for default judgment is hereby extended to November 13, 2020.**
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 10/27/2020

Re:   20-cv-05331-LTS-KHP Davalo et al v. La Casa Bonita Corp.

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. We write to respectfully request the deadline to move for default judgment be extended by two weeks. The current deadline is Friday October 30, 2020. This is the first request of its kind.

We are working diligently on Plaintiff's default motion; however, the Plaintiff is currently outside of the state, and we anticipate needing a bit more time to finalize the papers. As such, we respectfully request a two-week extension of the deadline to move for default judgment.

Thank you for your attention.

Respectfully Submitted,

/s/Jesse Barton
Jesse Barton
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*